IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MARQUIS T. TOWNES                                                                    PLAINTIFF

V.                                                                                 NO. 2:10CV078-P-A

SHERIFF BILL RASCO, et al.                                                         DEFENDANTS

ORDER OVERRULING OBJECTIONS and ADOPTING
REPORT AND RECOMMENDATION

The plaintiff, an inmate proceeding pro se, filed this complaint pursuant to 42 U.S.C. § 1983. Following an evidentiary hearing, the Magistrate Judge submitted a report recommending the dismissal of some of the Defendants. The plaintiff has filed objections to the report and recommendation.

The court finds that for reasons stated in the Report and Recommendation dated September 16, 2010, the plaintiff's objections are not well taken.

THEREFORE, it is hereby ORDERED that

(1) the plaintiff's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

(2) the Report and Recommendation (docket entry19) is APPROVED and ADOPTED as the opinion of this court;

(3) defendants DeSoto County jail, Tate County Sheriff's Department, Tate County Sheriff Brad Lance, attorney Stacy Spriggs, and the Mississippi Department of Corrections are dismissed with prejudice; and

(4) this matter shall proceed as to the remaining defendants.

SO ORDERED, this the 4th day of October, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE