**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

MARQUIS T. TOWNES                                                                           PLAINTIFF

v.                                                                                                      NO. 2:10CV78-P-A

BILL RASCO, ET AL.                                                                              DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated November 2, 2011, and the November 7, 2011 and November 14, 2011, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court.  It is, therefore **ORDERED**:

1.      That the Report and Recommendation of the United States Magistrate Judge dated November 2, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.      That judgment is **ENTERED** for the defendants.

3.      That the plaintiff's motions [76] to question additional witnesses, [78] to reopen the evidentiary hearing, and [83] for a transcript of the record at government expense are **DENIED**.

3.      That this case is **CLOSED**.

THIS, the 12th day of December, 2011.

                                                                                    /s/ W. Allen Pepper, Jr.
                                                                                    W. ALLEN PEPPER, JR.
                                                                                    UNITED STATES DISTRICT JUDGE